SilvermanAcampora LLP
100 Jericho Quadrangle - Suite 300
Jericho, New York 11753
(516) 479-6300
Kenneth P. Silverman, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

MARK A. TAYLOR,

                  Debtor.

Chapter 7

Case No. 03-10016 (SCC)

-----------------------------------------------------------x

## TRUSTEE'S INTERIM REPORT AS OF DECEMBER 3, 2010

| Estate | Receipts | Disbursements | Balance |
|---|---|---|---|
| Mark A. Taylor | $790,187.50 | $433,309.64 | $356,877.86 |

Dated: Jericho, New York
        December 3, 2010

                              By:     s/Kenneth P. Silverman
                                      Kenneth P. Silverman, as Chapter 7 Trustee of
                                      The Estate of Mark A. Taylor
                                      100 Jericho Quadrangle, Suite 300
                                      Jericho, New York 11753
                                      (516) 479-6300