## Trustee Time

| Date | Initials | Description | Hours | Charge |
|---|---|---|---|---|
| 04/21/00 | KPS | Conference with Linda S. Tumino regarding status of pending appeals | 0.17 | No Charge |
| 01/20/03 | RED | Draft summary in anticipation of Section 341 Meeting | 0.25 | No Charge |
| 01/28/03 | RED | Review summary in anticipation of Section 341 Meeting | 0.10 | No Charge |
| 02/05/03 | RED | Draft letter to Debtor's counsel requesting documents regarding timeshare and amendment to Schedule B | 0.17 | No Charge |
| 02/06/03 | KPS | Review and execute application to retain Silverman Perlstein & Acampora LLP as counsel to Trustee | 0.20 | No Charge |
| 05/07/03 | RED | Telephone call from Debtor's counsel regarding status of Discharge | 0.10 | No Charge |
| 11/06/03 | LST | Letter to clerk of court requesting a last date for filing proofs of claims | 0.25 | No Charge |
| 11/06/03 | LST | Filed documents with the United States Bankrupcty Court, Southern District of New York regarding bar date | 0.20 | No Charge |
| 11/06/03 | LST | Organized the file | 0.10 | No Charge |
| 11/13/03 | LST | Updated TCMS with claims date information | 0.10 | No Charge |
| 11/13/03 | LST | Prepared notice of dividends to be served on taxing authorities | 0.25 | No Charge |
| 03/18/05 | KPS | Review correspondence from Michael O'Neill regarding verdict, appeal and punitive damages in sexual harassment case | 0.20 | No Charge |
| 07/18/05 | KPS | Memorandum to Linda S. Tumino regarding special | 0.10 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | counsel malpractice coverage | | |
| 10/26/05 | KPS | Memorandum to Linda S. Tumino regarding status of Bankruptcy | 0.10 | No Charge |
| 02/27/06 | KPS | Memorandum to Linda S. Tumino regarding prosecution of pending personal injury action | 0.10 | No Charge |
| 03/24/06 | KPS | Review claims and schedules | 0.17 | No Charge |
| 04/04/06 | LST | Telephone call from debtor regarding student loans and tax claim filed that should be expunged or withdrawn, explained procedurally time frame of when he can expect refund | 0.33 | No Charge |
| 05/24/06 | LST | Review correspondence from Amanda Ho regarding case status | 0.10 | No Charge |
| 05/24/06 | LST | Letter to Amanda Ho, clerk of court regarding case status | 0.25 | No Charge |
| 06/08/06 | LST | Organized the file | 0.25 | No Charge |
| 08/23/06 | LST | Obtain claims register | 0.20 | No Charge |
| 08/24/06 | LST | Upload claims into TCMS | 0.20 | No Charge |
| 08/30/06 | KPS | Memorandum to Linda S. Tumino regarding status of personal injury action | 0.17 | No Charge |
| 09/08/06 | KPS | Telephone call to Michael O'Neill regarding status of litigation | 0.50 | No Charge |
| 09/08/06 | KPS | Conference with Linda S. Tumino regarding production of documents | 0.20 | No Charge |
| 09/11/06 | KPS | Review correspondence from Linda S. Tumino to Michael O'Neill regarding post verdict litigation | 0.17 | No Charge |
| 01/03/07 | KPS | Conference with Linda S. Tumino regarding pending personal injury litigation and punitive damages hearing | 0.10 | No Charge |
| 01/05/07 | KPS | Conference with Linda S. Tumino regarding status of punitive damage trial | 0.10 | No Charge |
| 01/30/07 | LST | Letter to clerk of court to advise of status in response to their request | 0.25 | No Charge |
| 01/30/07 | AAP | Receive Bankruptcy Court status report request; confer with Ronald J. Friedman and Linda S. Tumino regarding filing of same | 0.20 | No Charge |
| 01/31/07 | KPS | Review correspondence from Linda S. Tumino to clerk regarding status of pending discrimination action | 0.10 | No Charge |
| 01/31/07 | LST | Filed documents with the United States Bankruptcy Court, Southern District of New York regarding case status | 0.20 | No Charge |
| 04/02/07 | KPS | Conference with Linda S. Tumino regarding status of punitive phase of litigation | 0.17 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/07 | KPS | Review correspondence from Linda S. Tumino to special counsel regarding status of action and mediation on punitive damages | 0.10 | No Charge |
| 04/17/07 | KPS | Review correspondence from Michael O'Neill regarding stay pending appeal of punitive damages trial | 0.17 | No Charge |
| 07/11/07 | KPS | Review correspondence from Linda S. Tumino to Michael O'Neill regarding status of discrimination action | 0.10 | No Charge |
| 08/21/07 | AAP | Review telephone message from Bankruptcy Court regarding case status and request for filing of same; review TCMS and docket on PACER regarding same | 0.20 | No Charge |
| 08/27/07 | KPS | Memorandum to Linda S. Tumino regarding status of pending litigation | 0.17 | No Charge |
| 08/28/07 | LST | Prepare status memo setting forth case details | 0.50 | No Charge |
| 08/29/07 | KPS | Review status report from Linda S. Tumino; memorandum to Leslye V. Katz | 0.10 | No Charge |
| 09/17/07 | KPS | Conference with United States Trustee status of case | 0.10 | No Charge |
| 10/26/07 | KPS | Memorandum to Linda S. Tumino regarding status of litigation | 0.10 | No Charge |
| 11/12/07 | KPS | Memorandum to Linda S. Tumino regarding status of discrimination action | 0.10 | No Charge |
| 11/28/07 | LST | Conference with Kenneth P. Silverman regarding case status | 0.10 | No Charge |
| 01/04/08 | KPS | Conference with Linda S. Tumino regarding case litigation status | 0.17 | No Charge |
| 02/06/08 | KPS | Memorandum to Linda S. Tumino regarding status of litigation | 0.10 | No Charge |
| 02/27/08 | KPS | Telephone call to Michael O'Neill regarding case status | 0.10 | No Charge |
| 02/27/08 | KPS | Telephone call to Michael O'Neill regarding status of appeal; review of pleadings | 0.10 | No Charge |
| 04/16/08 | LST | misc filing and organization of documents | 0.10 | No Charge |
| 07/07/08 | KPS | Conference with Linda S. Tumino regarding status of pending appeal | 0.17 | No Charge |
| 07/17/08 | KPS | Conference with Linda S. Tumino regarding status of pending appeal | 0.20 | No Charge |
| 08/06/08 | KPS | Conference with Linda S. Tumino regarding status of appeal | 0.10 | No Charge |
| 08/20/08 | KPS | Conference with Linda S. Tumino regarding case status | 0.10 | No Charge |
| 08/25/08 | KPS | Conference with Linda S. Tumino regarding litigation | 0.17 | No Charge |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | case status | | |
| 09/15/08 | KPS | Conference with Linda S. Tumino regarding status of appeal regarding state court judgment and punitive damage award | 0.20 | No Charge |
| 09/16/08 | KPS | Conference with Linda S. Tumino regarding status of appeal | 0.17 | No Charge |
| 09/25/08 | KPS | Conference with Linda S. Tumino regarding case status and memo to file regarding the appeal to conduct appeals | 0.17 | No Charge |
| 09/26/08 | KPS | Conference with Linda S. Tumino regarding status of appeal | 0.20 | No Charge |
| 09/26/08 | LST | Conference with Kenneth P. Silverman regarding status of appeal and article on first appellate division and their turnaround time on appeals | 0.10 | No Charge |
| 10/02/08 | KPS | Memorandum to Linda S. Tumino regarding retention and substitution of counsel in appeal | 0.17 | No Charge |
| 01/29/09 | LST | Draft status report for United States Trustee and meeting with Kenneth P. Silverman for aged case list | 0.50 | No Charge |
| 02/04/09 | KPS | Conference with Linda S. Tumino regarding status of appeal in pending litigation | 0.25 | No Charge |
| 02/05/09 | KPS | Conference with Linda S. Tumino regarding pursuit of settlement issues | 0.20 | No Charge |
| 06/05/09 | KPS | Conference with Linda S. Tumino regarding status of appeal from adverse decision | 0.17 | No Charge |
| 08/27/09 | LST | Conference with Lynne M. Manzolillo regarding information for trustee's annual report | 0.10 | No Charge |
| 09/24/09 | KPS | Conference with Linda S. Tumino regarding status of appellate process | 0.20 | No Charge |
| 11/19/09 | KPS | Conference with Linda S. Tumino regarding settlement of litigation and claims | 0.25 | No Charge |
| 11/19/09 | KPS | Telephone call to Brian Serotta regarding tax implication of settlement; alternative minimum tax issues | 0.25 | No Charge |
| 11/19/09 | KPS | Telephone call to Michael O'Neill regarding perfection of appeal; tax implication of settlement; reduction of claims | 0.50 | No Charge |
| 11/19/09 | LST | Telephone call to Brian Serotta regarding tax implications in a discrimination suit | 0.20 | No Charge |
| 11/20/09 | KPS | Telephone call from Brian A. Serotta regarding tax implication of settlement | 0.20 | No Charge |
| 12/07/09 | KPS | Memorandum to Linda S. Tumino regarding preparation of schedules regarding fees and compensation | 0.17 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/09 | LST | Update and validate claims in TCMS | 0.50 | No Charge |
| 12/08/09 | LST | Calculate interest in a refund case- call to epiq to assist | 0.90 | No Charge |
| 12/08/09 | LST | Conference with Kenneth P. Silverman regarding proposed interest payments | 0.10 | No Charge |
| 12/14/09 | KPS | Review withdrawal of claims notice by IRS | 0.17 | No Charge |
| 12/14/09 | AN | Receive and review proof of claim filed on behalf of Department of Treasury; organize file | 0.10 | No Charge |
| 12/15/09 | LMM | Confer with Linda S. Tumino and prepare proposed distribution report in TCMS in anticipation of settlement of personal injury action | 0.10 | No Charge |
| 12/15/09 | LST | Calculate proposed distribution with payments to creditors with interest to assist in settlement negotiations, with tax liabilities | 1.00 | No Charge |
| 12/16/09 | LST | Review and respond to Kenneth P. Silverman email | 0.10 | No Charge |
| 12/22/09 | KPS | Telephone call from Brian Serotta regarding tax conveyances of potential settlement scenarios | 0.20 | No Charge |
| 12/22/09 | LST | Conference with Kenneth P. Silverman regarding settlement offer | 0.10 | No Charge |
| 12/23/09 | AN | Receive and review withdrawal of claims #13 and #14 filed on behalf of the Department of Treasury; organize file | 0.10 | No Charge |
| 01/04/10 | KPS | Telephone call to Michael O'Neill regarding review of settlement documents and related issues | 0.20 | No Charge |
| 01/12/10 | KPS | Review release and settlement agreement and propose revisions; memo to Michael O'Neill | 0.25 | No Charge |
| 01/28/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to debtor's motion to convert to chapter 13; review code | 0.33 | No Charge |
| 01/29/10 | KPS | Conference with Linda S. Tumino regarding debtor's motion to convert to Chapter 13 and related relief | 0.20 | No Charge |
| 01/29/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to debtor's motion to convert to Chapter 13 | 0.50 | No Charge |
| 01/29/10 | LST | Organize file | 0.33 | No Charge |
| 01/29/10 | CDA | Organize and assemble file; create file folders and redwell | 0.25 | No Charge |
| 02/03/10 | KPS | Telephone call from Michael O'Neill regarding motion to convert Taylor's Chapter 7 to Chapter 13; negotiation of final draft of stipulation of settlement | 0.20 | No Charge |
| 02/03/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to motion to convert; negotiation of final draft of stipulation of settlement | 0.20 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/04/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to motion to convert to Chapter 13 petition | 0.20 | No Charge |
| 02/05/10 | KPS | Conference with Randy J. Schaefer regarding opposition to motion to convert to Chapter 13 | 0.33 | No Charge |
| 02/09/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to motion to convert and status of negotiation to settle pending lawsuit | 0.30 | No Charge |
| 02/09/10 | KPS | Conference with Randy J. Schaefer regarding preparation of opposition to Taylor motion to convert | 0.20 | No Charge |
| 02/09/10 | KPS | Conference with Robert D. Nosek regarding motion to convert Chapter 7 to Chapter 13 and stipulation | 0.30 | No Charge |
| 02/09/10 | KPS | Exchange emails with Michael O'Neill regarding stipulation of settlement and debtor's motion to convert | 0.17 | No Charge |
| 02/11/10 | KPS | Review Robert D. Nosek comments to stipulation of settlement, discuss motion to convert | 0.20 | No Charge |
| 02/11/10 | KPS | Telephone call to Robert D. Nosek regarding preparation of revisions to stipulation of settlement and opposition to motion to convert | 0.20 | No Charge |
| 02/11/10 | KPS | Conference with Randy J. Schaefer and Robert D. Nosek regarding preparation of opposition to conversion motion | 0.50 | No Charge |
| 02/19/10 | DJM | Conference Robert D. Nosek regarding strategies for obtaining court approval of proposed settlement | 0.67 | No Charge |
| 02/22/10 | KPS | Conference with Robert D. Nosek regarding comments to revised stipulation of settlement with NYUHC | 0.20 | No Charge |
| 02/22/10 | KPS | Conference with Randy J. Schaefer regarding status of opposition to motion to convert | 0.20 | No Charge |
| 02/23/10 | KPS | Review Trustee' motion seeking approval of stipulation resolving State Court litigation; make revisions; memo to Robert D. Nosek | 0.25 | No Charge |
| 02/23/10 | KPS | Conference with Robert D. Nosek regarding motion to approve settlement with NYUHC and revisions to proposed settlement | 0.20 | No Charge |
| 02/25/10 | KPS | Conference with Robert D. Nosek regarding settlement parameters for state court litigation and preparation of opposition | 0.20 | No Charge |
| 02/25/10 | KPS | Memorandum to Michael O'Neill regarding extension of time to prosecute appeal | 0.17 | No Charge |
| 03/03/10 | AN | Receive and review Notice of Adjournment of Hearing on Motion To Convert Debtor's Chapter 7 Case to One Under Chapter 13; forward to Randy J. Schaefer | 0.10 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/10 | KPS | Conference with Robert D. Nosek regarding objection to motion to convert | 0.20 | No Charge |
| 03/05/10 | LST | Obtain docket information and update status chart with new case details | 0.25 | No Charge |
| 03/09/10 | KPS | Review revised settlement agreement and memo to Robert D. Nosek | 0.40 | No Charge |
| 03/10/10 | KPS | Conference with Robert D. Nosek regarding negotiation of stipulation of settlement of litigation | 0.17 | No Charge |
| 03/12/10 | KPS | Conference with Robert D. Nosek regarding finalization of stipulation of settlement and tax issues | 0.20 | No Charge |
| 03/12/10 | KPS | Conference with Brian Serotta regarding alternative minimum tax and tax return issues | 0.40 | No Charge |
| 03/15/10 | KPS | Conference with Robert D. Nosek regarding objection to motion to convert chapter 7 to chapter 13 | 0.20 | No Charge |
| 03/16/10 | AN | Receive and review Objection to Motion by Debtor Seeking to Convert Case to Chapter 13 of the Bankruptcy Code; forward to Robert D. Nosek | 0.10 | No Charge |
| 03/17/10 | KPS | Conference with Robert D. Nosek regarding preparation of opposition to motion to convert | 0.20 | No Charge |
| 03/19/10 | KPS | Review reply to chapter 7 objection to debtor's motion to convert | 0.20 | No Charge |
| 03/19/10 | AN | Receive and review Reply to Motion Reply to Chapter 7 Trustee's Objection to Debtor's Motion to Convert His Chapter 7 Case to One Under Chapter 13; forward to Robert D. Nosek | 0.10 | No Charge |
| 03/25/10 | KPS | Conference with Robert D. Nosek regarding final settlement revisions and tax concerns | 0.02 | No Charge |
| 03/26/10 | KPS | Conference with Robert D. Nosek regarding preparation for conference with Judge Chapman | 0.20 | No Charge |
| 04/05/10 | KPS | Conference with Robert D. Nosek regarding calculation of tax consequences for settlement | 0.20 | No Charge |
| 04/12/10 | KPS | Conference with Robert D. Nosek regarding status of negotiations with debtor's counsel to resolve personal injury action | 0.25 | No Charge |
| 04/13/10 | KPS | Conference with Robert D. Nosek regarding continuing negotiation on settlement proposal with NYUHC; discuss chambers conference | 0.20 | No Charge |
| 04/15/10 | KPS | Memorandum to Robert D. Nosek regarding revised settlement offer by NYUHC | 0.20 | No Charge |
| 04/15/10 | KPS | Conference with Robert D. Nosek regarding chamber conference and settlement with judge | 0.20 | No Charge |
| 04/19/10 | KPS | Conference with Lynne M. Manzolillo regarding | 0.20 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | United States Trustee status report | | |
| 04/19/10 | LST | Conference with Lynne M. Manzolillo regarding case status for United States Trustee request | 0.10 | No Charge |
| 04/20/10 | RDN | Update Trustee's status chart of open legal issues | 0.10 | No Charge |
| 05/11/10 | KPS | Conference with Robert D. Nosek regarding final draft settlement agreement | 0.20 | No Charge |
| 05/25/10 | KPS | Conference with Robert D. Nosek regarding finalization of stipulation of settlement with NYC HC | 0.20 | No Charge |
| 06/02/10 | KPS | Review emails from Michael Taylor concerning settlement of litigation and resolution of fee dispute | 0.20 | No Charge |
| 06/03/10 | KPS | Conference with Robert D. Nosek regarding settlement of fee dispute; process stipulation of settlement | 0.20 | No Charge |
| 06/04/10 | LMM | Review and respond to email memo from Robert D. Nosek regarding request for W-9 | 0.10 | No Charge |
| 06/06/10 | KPS | Review trustee's motion to approve settlement of claims in State Court litigation; memo to Robert D. Nosek | 0.25 | No Charge |
| 06/06/10 | KPS | Review stipulation of settlement and memo to Robert D. Nosek regarding tax and other related expenses | 0.25 | No Charge |
| 06/07/10 | LMM | Open new bank account; prepare W-9; Synchronize with EPIQ for banking; reconcile reports; confer with Kenneth P. Silverman to execute W-9; scan and email to Robert D. Nosek to procure turnover of proceeds of settlement | 0.20 | No Charge |
| 06/18/10 | KPS | Conference with Robert D. Nosek regarding status of motion to approve settlement of discrimination and hostile environment litigation | 0.20 | No Charge |
| 06/22/10 | AN | Review letter adjourning hearing from 6/23/10 to 6/30/10; organize file | 0.10 | No Charge |
| 06/28/10 | AN | Review Statement of Creditor US Claims in Response to Chapter 7 Trustee's Motion for an Order Approving the Stipulation Resolving the Estate; organize file | 0.10 | No Charge |
| 06/29/10 | KPS | Conference with Robert D. Nosek regarding appearance at hearing to approve BR 9019 application to settle litigation claims | 0.20 | No Charge |
| 07/01/10 | KPS | Conference with Jay S. Hellman and Robert D. Nosek regarding hearing on approval of BR 9019 settlement on wrongful termination claims | 0.20 | No Charge |
| 07/01/10 | KPS | Conference with Robert D. Nosek regarding preparation of cease and desist letter to Michael O'Neill concerning representation of Mark Taylor | 0.20 | 119.00 |
| 07/05/10 | KPS | Memorandum to Robert D. Nosek regarding hearing | 0.17 | No Charge |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | on approval of settlement and related issues | | |
| 07/07/10 | KPS | Conference with Robert D. Nosek regarding execution of releases and related issues | 0.20 | No Charge |
| 07/14/10 | LMM | Review stipulation and conformed Order authorizing settlement with NYU; prepare for deposit of two checks representing proceeds into estate; confer with Ronald J. Friedman to review deposits | 0.30 | No Charge |
| 07/14/10 | AN | Review Order Granting Trustee's Motion for an Order Authorizing and Approving the Stipulation Resolving the Estate's Interests in a State Court Litigation; organize file | 0.10 | No Charge |
| 07/14/10 | AN | Review Order signed 7/13/2010 Authorizing and Directing the Deposit from the Settlement Into The Court; organize file | 0.10 | No Charge |
| 07/20/10 | KPS | Review and reconcile bank accounts; memorandum to Lynne M. Manzolillo | 0.20 | No Charge |
| 07/21/10 | KPS | Conference with Robert D. Nosek regarding settlement of fee disputes | 0.20 | No Charge |
| 07/29/10 | KPS | Conference with Robert D. Nosek regarding final reports and final fee applications | 0.20 | No Charge |
| 08/04/10 | LST | Update claims validation in TCMS; obtained proposed distribution report for Robert D. Nosek and settlement negotiations | 0.25 | No Charge |
| 08/09/10 | KPS | Review US claims, Inc. demand for arbitration; memo to Robert D. Nosek | 0.20 | No Charge |
| 08/30/10 | KPS | Conference with Robert D. Nosek regarding preparation for hearing on final fees and report | 0.20 | No Charge |
| 09/02/10 | AN | Review Notice of Final Application for Final Professional Compensation for Carl A. Zetterstrom, Special Counsel; organize file | 0.10 | No Charge |
| 09/02/10 | AN | Review Notice of Final Application for Final Professional Compensation for Michael G. O'Neill, Special Counsel; organize file | 0.10 | No Charge |
| 09/02/10 | AN | Review Notice of Final Application for Final Professional Compensation for Susan M. Karten, Special Counsel; organize file | 0.10 | No Charge |
| 09/22/10 | AN | Review Notice of Hearing on the Final Applications of (A) Michael O'Neill, Esq., Special Counsel to the Trustee; (B) Carl A. Zetterstrom, Esq., Special Counsel for the Debtor; and (C) Susan M. Karten & Associates, LLP, Special Counsel to the Debtor, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; organize file | 0.10 | No Charge |
| 09/27/10 | LST | Conference with Robert D. Nosek and with Sara Greenberg regarding obtaining current addresses for | 0.20 | No Charge |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | mailing matrix | | |
| 10/01/10 | LST | Forward special counsel's email to Christine D'Aquila for service | 0.10 | No Charge |
| 10/18/10 | AN | Review Notice of Statement of the United States Trustee to the Final Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; forward to Robert D. Nosek | 0.10 | No Charge |
| 10/18/10 | AN | Review Amended Statement of the United States Trustee to the Final Applications for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; forward to Robert D. Nosek | 0.10 | No Charge |
| 10/19/10 | KPS | Conference with Robert D. Nosek regarding retention and approval of special counsel fees | 0.20 | No Charge |
| 10/26/10 | AN | Review Notice of Application to Employ Law Offices of Susan M. Karten & Associates, LLP as Special Counsel to the Trustee Nunc Pro Tunc to July 13, 2010; organize file | 0.10 | No Charge |
| 11/04/10 | LST | Conference with Kenneth P. Silverman regarding case closure | 0.10 | No Charge |
| 11/04/10 | AN | Review Order Granting Application to Employ Law Offices of Susan M. Karten & Associates, LLP as Special Counsel to the Trustee Nunc Pro Tunc to July 13, 2010; organize file | 0.10 | No Charge |
| 11/04/10 | AN | Review Order Granting Application to Employ Carl A. Zetterstrom, Esq. as Special Counsel to the Chapter 7 Trustee Nunc Pro Tunc to July 13, 2010; organize file | 0.10 | No Charge |
| 11/05/10 | LMM | Review conformed Order dated November 3, 2010; transfer funds to cover payments due special counsel and Susan M. Karten & Associates, LLP, and Law Offices of Michael O'Neill; synchronize with EPIQ for banking; reconcile reports; draft three checks; confer with Ronald J. Friedman to review checks; confer with Kenneth P. Silverman to execute checks; copy checks and confer with Robert D. Nosek | 0.40 | No Charge |
| 11/08/10 | LST | Update southern district case status chart | 0.10 | No Charge |
| | | **Subtotal Trustee Time** | 34.13 | $119.00 |